In the Matter of the Application of FREDERICK Z. LEWIS and Others, Appellants, for a Peremptory Mandamus Order against FIORELLO H. LAGUARDIA and Others, as Members of and Constituting the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, Respondents.

First Department, February 23, 1934.

*Leonard M. Wallstein* of counsel [*Samuel D. Smoleff* and *Leonard M. Wallstein, Jr.,* with him on the brief; *Leonard M. Wallstein,* attorney], for the appellants.

*Henry J. Shields* of counsel [*Willard S. Allen* with him on the brief; *Paul Windels, Corporation Counsel*], for the respondents.

MARTIN, J. For the reasons stated in the opinion in *Matter of Poucher* v. *LaGuardia* (240 App. Div. 271), handed down herewith, the order appealed from should be modified by granting an alternative order of mandamus, and as so modified affirmed, without costs.

FINCH, P. J., MERRELL, O'MALLEY and UNTERMYER, JJ., concur.

Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. Settle order on notice.